

**FILED**

MAY 19 2008

Clerk, U.S. District and
Bankruptcy Courts

# United States District Court
# For the District of Columbia

| | |
|---|---|
| COVENANT MEDICAL CENTER; ) | |
| ) | |
| ) | |
| ) | Case: 1:08-cv-00854 |
| Plaintiff ) | Assigned To : Walton, Reggie B. |
| vs ) | Assign. Date : 5/19/2008 |
| MICHAEL O. LEAVITT, IN HIS CAPACITY AS ) | Description: Admn. Agency Review |
| SECRETARY OF THE DEPARTMENT OF ) | |
| HEALTH AND HUMAN SERVICES ) | |
| ) | |
| Defendant ) | |

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __COVENANT MEDICAL CENTER__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __COVENANT MEDICAL CENTER__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

OH0017
BAR IDENTIFICATION NO.

Alan J. Sedley
Print Name

21550 Oxnard Street  Suite 880
Address

Woodland Hills, CA    91367
City            State            Zip Code

(818) 716-6800
Phone Number

CO-386-online
10/03



**FILED**

MAY 19 2008

Clerk, U.S. District and Bankruptcy Courts

# United States District Court
# For the District of Columbia

ST. JOSEPH MERCY OAKLAND;   )
)
)
)
               Plaintiff )   Civil /   Case: 1:08-cv-00854
vs             )             Assigned To : Walton, Reggie B.
MICHAEL O. LEAVITT, IN HIS CAPACITY AS )        Assign. Date : 5/19/2008
SECRETARY OF THE DEPARTMENT OF )        Description: Admn. Agency Review
HEALTH AND HUMAN SERVICES )
)
               Defendant   )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for   ST. JOSEPH MERCY OAKLAND   certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of   ST. JOSEPH MERCY OAKLAND   which have

any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

Alan J. Sedley
Print Name

21550 Oxnard Street  Suite 880
Address

Woodland Hills, CA   91367
City                State           Zip Code

(818) 716-6800
Phone Number

OH0017
BAR IDENTIFICATION NO.