UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COVENANT MEDICAL CENTER, and<br>ST. JOSEPH MERCY OAKLAND,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL O. LEAVITT, Secretary,<br>    U.S. Department of Health<br>    and Human Services,<br><br>    Defendant. | Case No. 1:08-CV-00854 |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

    Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary"), by and through his undersigned counsel, respectfully moves this Court for a 60-day enlargement of time, up to and including September 16, 2008, to answer or otherwise respond to Plaintiffs' Complaint. Pursuant to Local Rule 7(m), the Secretary's counsel contacted Plaintiffs' counsel on July 10, 2008, regarding the instant motion. Plaintiffs, through counsel, have graciously consented to the requested extension. In support of the instant motion, the Secretary states as follows:

    1. Plaintiffs instituted this action with the filing of their Complaint on May 19, 2008, and the current deadline for the Secretary's response to the Complaint is July 18, 2008. *See* Fed. R. Civ. P. 12(a)(2).

    2. Plaintiffs challenge a decision by the Provider Reimbursement Review Board regarding certain Medicare reimbursement. The Medicare payment issues and legal issues in this action are complex and require careful investigation of the administrative record before the

Secretary answers or otherwise responds to the Complaint.

3. The Office of the Attorney Advisor ("OAA") within the Centers for Medicare & Medicaid Services is responsible for compiling the administrative records for all actions filed in courts throughout the country regarding Medicare provider reimbursement disputes and, thus, its workload is quite heavy.

4. The Secretary's counsel has not yet received the administrative record for this action from the OAA. Once counsel receives that record, counsel will need time to review the record, consult with the agency as necessary, and prepare an appropriate response to Plaintiffs' Complaint.

5. To allow the Secretary's counsel sufficient time to review the administrative record, consult with the agency as necessary, and prepare an appropriate response to the Complaint, the Secretary respectfully requests an enlargement of time of sixty days, up to and including September 16, 2008, within which to answer or otherwise respond to Plaintiffs' Complaint.

6. This request is made in good faith and not for purposes of delay.

7. The Secretary has not previously requested or been given an extension of time to respond to Plaintiffs' Complaint.

8. There are no other previously scheduled deadlines in this case.

A proposed Order is attached.

                                                Respectfully submitted,

                                                /s/
                                            JEFFREY A. TAYLOR
                                            United States Attorney
                                            D.C. Bar No. 498610

       /s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
N.Y. Reg. No. 4202982
Civil Division
555 4th Street, N.W.
Washington, DC 20530
(202) 307-0372
Facsimile: (202) 514-8780


       /s/
COLLEEN BRUCE
Attorney
U.S. Department of Health and
    Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
Room C2-03-04
7500 Security Boulevard
Baltimore, Maryland 21244-1850
(410) 786-0088

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COVENANT MEDICAL CENTER, and<br>ST. JOSEPH MERCY OAKLAND,<br><br>     Plaintiffs,<br><br>     v.<br><br>MICHAEL O. LEAVITT, Secretary,<br>     U.S. Department of Health<br>     and Human Services,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)    Case No. 1:08-CV-00854<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>ORDER</u>**

Having considered Defendant's Consent Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiffs' Complaint (Defendant's "Consent Motion"), and the entire record herein, it is this _____ day of _____, 2008, hereby:

ORDERED that Defendant's Consent Motion is granted; and it is

FURTHER ORDERED that Defendant shall have up to and including September 16, 2008, to answer or otherwise respond to Plaintiffs' Complaint.

_____
UNITED STATES DISTRICT JUDGE

Copy to: ECF Counsel